# Court of Appeals
# of the State of Georgia

ATLANTA,___May 13, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1624.  DAVID T. FORDHAM v. VENUS A. MORGAN.

A trial court found David T. Fordham in contempt for failing to pay $39,704.98 in child support. Fordham filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, this case involves the collection of child support. Accordingly, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Smoak v. Department of Human Resources*, 221 Ga. App. 257 (471 SE2d 60) (1996). Appeals in such matters must be taken by application for discretionary appeal. See *Smoak*, supra.

Second, Fordham previously filed a discretionary application challenging the same contempt finding, which was denied on April 14, 2016. See Case Number A16D0311. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007)

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* ___05/13/2016___
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*